ALBANY,
August, 1811.

VERNEY
v.
BENEDICT.

## CHAPMAN *against* RAYMOND.

Service of a notice in vacation of a motion to be made in term, on the *agent* of the attorney in *Utica*, is sufficient.

NOTICE of a motion to be made at this term, was served in the vacation, on the agent of the plaintiff's attorney in *Utica*.

*E. Williams* objected that the service ought to have been on the agent of the attorney in *Albany*.

*Parker*, for the motion.

*Per Curiam.* The notice is sufficient.

———◆———

## COOPER and others *against* CARR.

Service of a notice on an attorney or his clerk, in his office at 10 o'clock in the evening, is good.

N. WILLIAMS, for the defendant, moved to set aside the default entered in this cause.

*Sherwood*, contra, objected to the sufficiency of the notice of motion, it having been served at 10 o'clock at night.

*Per Curiam.* It appears from the affidavit, that the notice was served on the clerk of the plaintiff's attorney, in the office, which was open, and that is sufficient.

———◆———

## VERNEY *against* BENEDICT.

Where no attorney is employed by the defendant in error, the assignment of errors need not be served on the party; but only a notice to join in error.

PER CURIAM. Where no attorney is employed by the defendant in error, on a *certiorari*, the assignment of errors, which is general, need not be served on the party. Service of a notice to join in error, is sufficient.

*H. Bleecker*, for the defendant in error.

*Sudam*, contra.

END OF AUGUST TERM.